[No. 56089-1-I.   Division One.   April 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06559-0, Laura C. Inveen, J., entered March 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56924-4-I.   Division One.   April 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD STEVEN QUISMUNDO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01390-1, Ronald L. Castleberry, J., entered September 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57129-0-I.   Division One.   April 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD W. SMART, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00736-7, Ira Uhrig, J., entered September 27, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 57397-7-I.   Division One.   April 2, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMION C. WEXLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09934-4, William L. Downing, J., entered December 7, 2005. *Affirmed* by unpublished per curiam opinion.